# United States District Court

### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: SAN FRANCISCO

FILED

07 MAY 15 PM 4:09

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

UNITED STATES OF AMERICA,

# CR 07 0299

GERALD STAHL

**MMC**

DEFENDANT.

# INDICTMENT

18 U.S.C. § 474 - Possession of Counterfeit Obligations
or Securities with Intent to Sell or Use

A true bill.

_____ Foreman

Filed in open court this _____ day of
_____ _____

_____ Clerk

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 474 - Possession of
Counterfeit Obligations or
securities with Intent to Sell or Use

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-Filing

PENALTY:

25 years imprisonment, $250,000 fine; 5 years Supervised
Release; $100 Special Assessment

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 15 PM 4:09

DEFENDANT - U.S. ·
RICHARD W.
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA
Gerad STAHL

**DISTRICT COURT NUMBER**

CR 07 0299

─────── **DEFENDANT** ───────

**IS _NOT_ IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

─── **PROCEEDING** ───
Name of Complaintant Agency, or Person (&Title, if any)

United States Secret Service

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM      **KEVIN V. RYAN**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)      TAMARA WEBER

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other
charges      } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes } If "Yes"
been filed? ☐ No      give date
filed

**DATE OF
ARREST**      Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**      Month/Day/Year

☐ This report amends AO 257 previously submitted

─────── **ADDITIONAL INFORMATION OR COMMENTS** ───────

PROCESS:
☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment ☑ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time: June 5, 2007

5185 Fulton Rd., Santa Rosa, CA 95403

Before Judge: Magistrate Judge Bernard Zimmerman

Comments:

1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

**FILED**

07 MAY 15 PM 4: 09

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# E-Filing

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION



12 | UNITED STATES OF AMERICA **CR 07 0299** MMC

13 | Plaintiff,

<u>INDICTMENT</u>
18 U.S.C. § 474 (Possession of Counterfeit
Obligations or Securities with Intent to Sell
or Use)

14 | v.

15 | GERALD STAHL,

16 | Defendant.

SAN FRANCISCO VENUE

18 |

## I N D I C T M E N T

20 | The Grand Jury charges:

21 | On or about September 9, 2005, in the Northern District of California, the defendant,

22 | GERALD STAHL,

23 | had in his possession or custody, without authority from the Secretary of the Treasury or other

24 | proper officer, an obligation or other security made or executed, in whole or in part, after the

25 | similitude of any obligation or other security issued under the authority of the United States, to

26 | wit, United States Federal Reserve Notes, with intent to sell or otherwise use the same, in

27 | INDICTMENT

28 |

1  violation of Title 18 United States Code, Section 474.

2

3  DATED: May 15, 2007                    A TRUE BILL.

4

5

6                                         FOREPERSON

   SCOTT N. SCHOOLS
7  United States Attorney

8

9
   IOANA PETROU
10 Chief, Major Crimes

11

12 (Approved as to form:
                SAUSA TAMARA WEBER
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 INDICTMENT