UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: JUN 27 2007

Case No. CR-07-0299 MMC        JUDGE: Maxine M. Chesney

DEFENDANT: GERALD STAHL        Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: TAMARA WEBER        ATTORNEY FOR DEFENDANT: JAMES GELLER

Deputy Clerk: TRACY LUCERO        Reporter: BELLE BALL

## PROCEEDINGS

REASON FOR HEARING: Further status / ID of Counsel

RESULT OF HEARING: Δ's "new" counsel requests continuance to allow him time to review case. AUSA will be turning over discovery materials forthwith.

Case continued to 8/8/07 @ 2:30 for Further Status. / Trial setting
Case continued to _____ for Motions.
            (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) of Preparation    Begins JUN 27 2007 Ends 8/8/07

cc: Chamber file