UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: JUN 13 2007

E-Filing

Case No. CR-07-0299 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: Gerald Stahl

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Tamara Weber

ATTORNEY FOR DEFENDANT: Geoffrey Hansen

Deputy Clerk: TRACY LUCERO

Reporter: Kathy Wyatt

## PROCEEDINGS

REASON FOR HEARING: Initial Status Conference

RESULT OF HEARING: Conflict w/ AFPD Hansen - CJA panel Attorney to be appointed.

Case continued to 6/27/07 @ 2:30 for Further Status./ID of counsel
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Continuity of Counsel Begins JUN 13 2007 Ends 6/27/07

cc: Chamber file