UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

E-Filing

Date: AUG 08 2007

Case No. CR-07-0299 MMC            JUDGE: Maxine M. Chesney

DEFENDANT: Gerald Stahl            Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Tamara Weber        ATTORNEY FOR DEFENDANT: James Giller

Deputy Clerk: Tracy Lucero         Reporter: Lydia Zinn

**PROCEEDINGS**

REASON FOR HEARING: Further Status Conference / ID of Counsel

RESULT OF HEARING: Counsel are working toward disposition of this case & request continuance.

Case continued to 9/5/07 @ 2:30 for Further Status.
Case continued to _____ for Motions.
   (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins AUG 08 2007 Ends 9/5/07

CC: Chamber file