UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: SEP 05 2007

Case No. CR-07-0299 MMC    JUDGE: Maxine M. Chesney

DEFENDANT: Gerald Stahl    Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Tamara Webber

ATTORNEY FOR DEFENDANT: James Giller

Deputy Clerk: Tracy Lucero    Reporter: Sylvia Russo

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: Counsel close to Disposition - ∆'s Counsel requests referral to Probation for criminal history category. Court denies request.

Case continued to 9/19/07 @ 2:30 for Further Status / or Change of Plea
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins SEP 05 2007 Ends 9/19/07.

cc: Chamber file