UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: SEP 1 9 2007

Case No. CR-07-0299 MMC     JUDGE: Maxine M. Chesney

DEFENDANT: Gerald Stahl     Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Tamala Weber     ATTORNEY FOR DEFENDANT: James Giller

Deputy Clerk: TRACY LUCERO     Reporter: Katherine Powell

PROCEEDINGS

REASON FOR HEARING: Change of Plea - held.

RESULT OF HEARING: ∆ pled guilty to Count one of a one-count indictment. No plea agreement. Application to enter guilty plea filed with Court.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
    (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 1/9/08 @ 2:30 for Judgment & Sentencing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

cc: Chamber file