IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0299 MMC |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| GERALD STAHL, | |
| Defendant. / | |

**YOU ARE NOTIFIED** that due to the unavailability of the Court, the Judgment and Sentencing Hearing previously scheduled for Wednesday, January 9, 2008 at **2:30 p.m.** has been **re-scheduled to 9:30 a.m.** before the Honorable Maxine M. Chesney.

Please report to Courtroom 7, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**FOR THE COURT,**

Richard W. Wieking, Clerk

Dated: November 27, 2007

*Tracy Lucero*
Tracy Lucero, Deputy Clerk