SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    Email: albert.sambat2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> GERALD STAHL, <br>     Defendant. | No. CR 07-0299-01 MMC <br><br> **NOTICE OF SUBSTITUTION OF ATTORNEY** |

    PLEASE TAKE NOTICE that the United States, through Albert B. Sambat, Special Assistant United States Attorney, hereby appears in this matter in substitution of Assistant United States Attorney Tamara Weber.

DATED:    January 2, 2008        Respectfully Submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney

                                            /s/ Albert B. Sambat
                                            ALBERT B. SAMBAT
                                            Special Assistant United States Attorney