1  **MINTZ AND GILLER**
   A Law Corporation
2  By:  James Giller, Esq. (SBN: 028084)
   405 - 14th Street, Suite 1008
3  Oakland, California 94612
   Telephone:  (510) 451-6686
4  Facsimile:   (510) 451-4820

5  Attorney for Defendant,
   GERALD STAHL

6                       UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8                              SAN FRANCISCO VENUE

9  THE UNITED STATES OF AMERICA,          DOCKET NO. CR 07-0299-01 MMC

10                 Plaintiff,
                                          **REQUEST FOR CONTINUANCE OF**
11                                        **SENTENCING DATE**
       -vs-
12
   GERALD STAHL
13
                   Defendant
14  _____/

15      COMES NOW James Giller, attorney for Defendant GERALD STAHL, and requests a
    continuance of the sentencing date in the above-entitled matter from January 9, 2008, at 9:30
16  a.m. to January 23, 2008 at 2:30 p.m.

17      The reason for this request is explained in the attached Declaration of James Giller.

18  DATED: January 7, 2008                 Respectfully submitted,

19                                         MINTZ AND GILLER
                                           A Law Corporation
20
                                  By:   __S/_____
21                                         James Giller
                                           Attorney for Defendant, GERALD STAHL

1

**MINTZ AND GILLER**
A Law Corporation
By: James Giller, Esq. (SBN: 028084)
405 - 14th Street, Suite 1008
Oakland, California 94612
Telephone: (510) 451-6686
Facsimile: (510) 451-4820

Attorney for Defendant,
GERALD STAHL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO VENUE**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | DOCKET NO. CR 07-0299-01 MMC |
| Plaintiff, | **MOTION TO CONTINUE SENTENCING** |
| -vs- | |
| GERALD STAHL | |
| Defendant _____/ | |

I, JAMES GILLER, declare:

1. That I represent the defendant Gerald Stahl in the above entitled matter.

2. This matter is set for sentencing on January 9, 2008. I am requesting a continuance of the sentencing hearing for a short period of time.

3. The reason for this request is that I was in a seven week 187 PC special circumstance (not death) case that did not finish until December 13, 2007. I was scheduled to go trial in Redwood City on another matter on December 17, 2007 and tried to get ready for that matter for trial, but that matter was resolved on December 17, 2007. The week of December 17, 2007 I had to clear up matters that came up while I was in trial because I did not have proper time to deal with them which included preparing the sentencing memo in the Stahl matter.

4. It was my intention to work on that memo right after the Christmas vacation and get that filed but on December 24, 2007 I was informed that my brother-in-law in Minnesota had died and he was someone I was very close to and I went back to Minnesota for the funeral.

5. There are some issues in the Sentencing Memorandum filed by the probation officer that I wanted to do some legal research on namely on obstruction of justice and setting the loss at $75,000 instead of $60,000.

6. I did not return to the office until December 31, 2007 and afer a day or two I began to do some legal research on this sentencing memorandum and have not had an opportunity to complete that. I have done some of the research.

2

7. In addition to that my client's wife was expecting a baby on January 1, 2008 but as of this writing that baby has not been born. They are contemplating a C-Section on January 7, 2008 and that has caused some complications for my client.

8. I had tried to contact Ms. Webber Assistant U.S. Attorney that is handling this matter and Ms. Sharpe the U.S. Probation Officer to advise them of my request for a continuance but as of this writing have not been able to reach them.

WHEREFORE, your declarant prays that this court grant a continuance of this matter from January 9, 2008 to a date that is convenient to the court, counsel and the probation officer. This continuance can be as soon as two weeks.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Oakland, California on January 7, 2008.


__S/_____
JAMES GILLER


## **ORDER**

IT IS HEREBY ORDERED that the above-entitled matter is continued for sentencing from January 9, 2008 to January 23, 2008 at 2:30 p.m.

DATED:_____     _____
JUDGE OF THE U.S. DISTRICT COURT