1  **MINTZ AND GILLER**
   A Law Corporation
2  By:  James Giller, Esq. (SBN: 028084)
   405 - 14th Street, Suite 1008
3  Oakland, California 94612
   Telephone:  (510) 451-6686
4  Facsimile:   (510) 451-4820

5  Attorney for Defendant,
   GERALD STAHL

6                             **UNITED STATES DISTRICT COURT**

7                             **NORTHERN DISTRICT OF CALIFORNIA**

8                                  **SAN FRANCISCO VENUE**

9  THE UNITED STATES OF AMERICA,           DOCKET NO. CR 07-0299-01 MMC

10              Plaintiff,
                                           **REQUEST FOR CONTINUANCE OF**
11                                         **SENTENCING DATE ; ORDER**

12      -vs-

13  GERALD STAHL

14              Defendant
    _____/

15      COMES NOW James Giller, attorney for Defendant GERALD STAHL, and requests a
    continuance of the sentencing date in the above-entitled matter from January 9, 2008, at 9:30
16  a.m. to January 23, 2008 at 2:30 p.m.

17      The reason for this request is explained in the attached Declaration of James Giller.

18  DATED: January 4, 2008              Respectfully submitted,

19                                      MINTZ AND GILLER
                                        A Law Corporation
20
                              By:   __S/_____
21                                      James Giller
                                        Attorney for Defendant, GERALD STAHL
22

23

24

25

26

27

28

                                       1

1  **MINTZ AND GILLER**
   A Law Corporation
2  By:  James Giller, Esq. (SBN: 028084)
   405 - 14th Street, Suite 1008
3  Oakland, California 94612
   Telephone:  (510) 451-6686
4  Facsimile:   (510) 451-4820

5  Attorney for Defendant,
   GERALD STAHL

6                    **UNITED STATES DISTRICT COURT**

7                   **NORTHERN DISTRICT OF CALIFORNIA**

8                          **SAN FRANCISCO VENUE**

9  THE UNITED STATES OF AMERICA,          DOCKET NO. CR 07-0299-01 MMC

10              Plaintiff,
                                          **MOTION TO CONTINUE**
11                                        **SENTENCING**

12    -vs-

13 GERALD STAHL

14              Defendant
   _____/

15        I, JAMES GILLER, declare:

16        1.   That I represent the defendant Gerald Stahl in the above entitled matter.

17        2.   This matter is set for sentencing on January 9, 2008. I am requesting a
               continuance of the sentencing hearing for a short period of time.
18
          3.   The reason for this request is that I was in a seven week 187 PC special
19             circumstance (not death) case that did not finish until December 13, 2007. I was
               scheduled to go trial in Redwood City on another matter on December 17, 2007
20             and tried to get ready for that matter for trial, but that matter was resolved on
               December 17, 2007. The week of December 17, 2007 I had to clear up matters
21             that came up while I was in trial because I did not have proper time to deal with
               them which included preparing the sentencing memo in the Stahl matter.
22
          4.   It was my intention to work on that memo right after the Christmas vacation and
23             get that filed but on December 24, 2007 I was informed that my brother-in-law in
               Minnesota had died and he was someone I was very close to and I went back to
24             Minnesota for the funeral.

25        5.   There are some issues in the Sentencing Memorandum filed by the probation
               officer that I wanted to do some legal research on namely on obstruction of
26             justice and setting the loss at $75,000 instead of $60,000.

27        6.   I did not return to the office until December 31, 2007 and afer a day or two I
               began to do some legal research on this sentencing memorandum and have not
28             had an opportunity to complete that. I have done some of the research.

                                            2

7.   In addition to that my client's wife was expecting a baby on January 1, 2008 but as of this writing that baby has not been born. They are contemplating a C-Section on January 7, 2008 and that has caused some complications for my client.

8.   I had tried to contact Ms. Webber Assistant U.S. Attorney that is handling this matter and Ms. Sharpe the U.S. Probation Officer to advise them of my request for a continuance but as of this writing have not been able to reach them.

WHEREFORE, your declarant prays that this court grant a continuance of this matter from January 9, 2008 to a date that is convenient to the court, counsel and the probation officer. This continuance can be as soon as two weeks.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Oakland, California on January 4, 2008.

__S/_____

JAMES GILLER

### ORDER

IT IS HEREBY ORDERED that the above-entitled matter is continued for sentencing from January 9, 2008 to ~~January 23, 2008 at 2:30 p.m.~~ February 6, 2008 at 2:30 p.m.

DATED: January 7, 2008

_____
JUDGE OF THE U.S. DISTRICT COURT

3