UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

**E-Filing**

Date: FEB 0 6 2008

Case No. CR-07-0299 MMC

JUDGE: **Maxine M. Chesney**

Gerald Stahl
DEFENDANT

Present (✓)  Not Present ( )  In Custody ( )

Al Sambat
U.S. ATTORNEY

James Giller
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: Belle Ball

**PROCEEDINGS**

REASON FOR HEARING: Judgment & Sentencing - Held.

RESULT OF HEARING: Witness Chip Roberts testified to the amount of Counterfeit Funds. Govt Exhibit 1 Admitted into evidence. Court finds that amount of Counterfeit funds in Presentence Report is correct. ∆ sentenced to 30 months in custody, 3 years supervised release. (See Judgment for further conditions). USPO - Jacqueline Sharpe

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
          (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

cc: Govt Exhibit 1 - given to Docket Clerk.